UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUEI J. DAI, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0735 JAM DB PS<br><br><br><br>ORDER TO SHOW CAUSE |

    On April 29, 2019, plaintiff Huei Dai commenced this action by filing a complaint and paying the required filing fee. (ECF No. 1.) Plaintiff is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Plaintiff was advised in a litigant letter issued on April 29, 2019, the Rule 4 of the Federal Rules of Civil Procedures provides that if a defendant is not served within 90 days, the court must dismiss the defendant without prejudice. (ECF No. 4.)

    More than 90 days have passed since plaintiff commenced this action. No defendant has appeared nor has plaintiff filed proof of service on any defendant. In fact, plaintiff has not taken any further action since commencing this action.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen (14) days of the date of this order as to why this action should not be dismissed for a lack of prosecution.[1]

DATED: September 25, 2019  /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to pursue this action, plaintiff may comply with this order by filing a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.