HUEI J. DAI
MATTHEW D. MULLER
MONTY MULLER
1684 Decoto Road. #274
Union City, CA 94587
PHONE: (415) 322-0492
FAX: (415) 366-3326
diana@projectjusticeforall.org

*In Pro Per*

FILED

OCT 0 8 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUEI J. DAI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | No. 2:19-cv-0735 JAM DB PS <br><br> **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE** |

COME NOW the Plaintiffs to show cause why this action should not be dismissed for lack of prosecution. For the reasons below, Plaintiffs request an extension of time to and including November 15, 2019, in which to file a complete response to the Court's order of September 26, 2019, and an amended complaint.

This action arises from the pretrial detention of Plaintiff Matthew Muller at the Sacramento County Jail, and from related violations and damages suffered by his family members Huei Dai and Monty Muller. Matthew Muller remains a prisoner, and so is subject to the prisoner complaint screening mechanism of the Prison Litigation Reform Act (PLRA). *See* 28 U.S.C § 1915A.

The Plaintiffs could not locate authority specifying screening procedures in an action including both plaintiffs who are and not subject to the PLRA. For simplicity, Plaintiffs intended

1  to await screening by the Court and then serve the complaint with any amendments necessary due
2  to screening dismissals. Should the Court now dismiss the action in its entirety, several claims
3  raised will be forever time-barred.

4      Accordingly, Plaintiffs request until November 15, 2019, in which to research and file a
5  memorandum setting forth relevant authority and procedure in mixed prisoner/non-prisoner
6  actions. Plaintiffs will also file a matrix of claims clarifying how any derivative claim will be
7  affected if the chief claim is dismissed (as, for example, in a loss of consortium claim). Finally,
8  Plaintiffs wish to amend their complaint in light of the recent settlement in a class action against
9  the Sacramento County Jail, in which Matthew Muller is a class member.

10      The Defendants will not be prejudiced by the modest delay requested and will benefit from
11  the clarification of claims and issues.

12      WHEREFORE, the Court should await a further filing to be submitted on or before
13  November 15, 2019; proceed as it sees fit after consideration of that filing; and extend the time in
14  which to serve the Defendants as necessary. *See* Fed.R.Civ.P. 4(m).

Respectfully submitted,

Dated: October 5, 2019    Signed: _____
    Huei J. Dai
    *Pro Se*

Signed: _____
Matthew D. Muller
*Pro Se*

Signed: /s/ Monty Muller
    Monty Muller
    *Pro Se*

- 2 -