1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   MATTHEW D. MULLER,                        No.  2:19-cv-00735-TLN-DB

12                   Plaintiff,

13        v.                                   **ORDER**

14   UNITED STATES OF AMERICA, et al.,

15                   Defendants.

16

17        Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On February 8, 2021, the magistrate judge filed findings and recommendations herein

21   which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22   findings and recommendations were to be filed within thirty days.  (ECF No. 14.)  Plaintiff has

23   not filed objections to the findings and recommendations.

24        The Court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.

26   ///

27   ///

28   ///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed February 8, 2021 (ECF No. 14), are

3    ADOPTED IN FULL; and

4    2.  This action is DISMISSED without prejudice.

5    3.  The Clerk of Court is directed to close the case.

6    DATED:  April 13, 2021

7

8

9

10                                     Troy L. Nunley
                                       United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2